MILTON B. HOLLANDER ET AL. *v.*
WARREN D. ANDERSON ET AL.

The appeal from the Court of Common Pleas in Fairfield County at Stamford having been withdrawn, the within motion to dismiss that appeal is dismissed.

No appearance for either party.

Decided May 21, 1975

STATE OF CONNECTICUT *v.* BULL INVESTMENT GROUP, INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Daniel R. Schaefer,* assistant attorney general, for the appellee (state).

*Daniel J. Hagearty,* for the appellant (defendant).

Argued June 3—decided June 3, 1975

MONARCH ACCOUNTING SUPPLIES, INC. *v.*
WILLIAM PREZIOSO

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*J. Roger Shull,* for the appellee (plaintiff).

*Angelo P. Costa,* for the appellant (defendant).

Argued June 3—decided June 3, 1975